AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

**Catherine Caruso**
*Plaintiff*
v.
**CooperSurgical, Inc., et al**
*Defendant*

Case No. **1:23-cv-01880**

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CooperSurgical, Inc.; The Cooper Companies, Inc.

Date: August 21, 2026

*/s/ Caroline D. Walker*
*Attorney's signature*

Caroline D. Walker
(AL Bar No. ASB-3439-B10T)
*Printed name and bar number*

Butler Snow LLP
One Federal Place
1819 Fifth Avenue North, Suite 1000
Birmingham, AL 35203
*Address*

Caroline.Walker@butlersnow.com
*E-mail address*

(205) 297-2220
*Telephone number*

(205) 297-2201
*FAX number*