AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the
Northern District of Georgia

**Catherine Caruso**
*Plaintiff*
v.
**CooperSurgical, Inc., et al**
*Defendant*

Case No. **1:23-cv-01880**

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CooperSurgical, Inc.; The Cooper Companies, Inc.

Date: August 26, 2026

*/s/ Kasey M. Adams*
*Attorney's signature*

Kasey M. Adams (MS Bar No. 105025)
*Printed name and bar number*

Butler Snow LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
*Address*

Kasey.Adams@butlersnow.com
*E-mail address*

(601) 985-4413
*Telephone number*

(601) 985-4500
*FAX number*