AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the
Northern District of Georgia

**Catherine Caruso**
*Plaintiff*
v.
**Teva Branded Pharmaceutical Products R&D, Inc., et al**
*Defendant*

Case No. **1:23-cv-01880**

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Teva Branded Pharmaceutical Products R&D, Inc.; Teva Pharmaceuticals USA, Inc.; Teva Women's Health, LLC

Date: 9/15/2026

*/s/ Pamela L. Ferrell*
*Attorney's signature*

Pamela L. Ferrell (GA Bar No. 569713)
*Printed name and bar number*

Butler Snow LLP
1170 Peachtree Street, Suite 1900
Atlanta, GA 30309
*Address*

Pamela.Ferrell@butlersnow.com
*E-mail address*

(678) 515-5011
*Telephone number*

(678) 515-5001
*FAX number*